AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No: | 5:11CR50124-001 |
| FREDDIE ALCALA | ) | USM No: | 10791-010 |
| | ) | | |
| Date of Original Judgment: _____07/20/2012_____ | ) | Bruce D. Eddy | |
| Date of Previous Amended Judgment: _____ | ) | *Defendant's Attorney* | |
| *(Use Date of Last Amended Judgment if Any)* | | | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___78___ months **is reduced to** ___78 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___07/20/2012___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___03/19/2015___          ___/s/ P.K. Holmes, III___
                                                                *Judge's signature*

Effective Date: ___11/01/2015___          Honorable P.K. Holmes, III, Chief United States District Judge
*(if different from order date)*                        *Printed name and title*